UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62566-CIV-COHN/SELTZER

MARIA CASTANEDA, on her own behalf
and others similarly situated,

   Plaintiff,

v.

ECO CLEANERS, LLC, a Florida limited liability
company, SHANNON YOUNG, individually,
and ROBERT YOUNG, individually,

   Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation to Approve the Parties' Settlement Agreement [DE 40].  The Court has considered the stipulation and the record in this case, and is otherwise fully advised in the premises.

The Stipulation requests that the Court dismiss this case with prejudice, and states, "*Plaintiff represents and acknowledges **payment in full** for all of her claims, including her claim for overtime pay, liquidated damages, and attorney's fees and costs. As such, the resolution of this matter does not constitute a 'compromise' which would involve Court review and/or approval pursuant to* Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982)."  Stip. at 1 (citing MacKenzie v. Kindred Hosps. E., L.L.C., 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003)).  Nonetheless, in an abundance of caution, the Court has conducted an *in camera* review of the Confidential Agreement and Mutual General Release, the Court concludes that the agreement is fair and reasonable in accordance with Lynn's Food Stores v. United States, 679 F.2d 1350,

1353 (11th Cir. 1982).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Confidential Agreement and Mutual General Release is **APPROVED**;

2. All claims in the above-captioned action are **DISMISSED with prejudice**;

3. The Court retains jurisdiction to enforce the terms of the parties' settlement;

4. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of April, 2012.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties via CM/ECF regular mail